If counsel for the appellant, would you step forward, sir, and identify yourself and the party you represent? My name is Michael Ullman, and I represent the Patrykonts, Don and Donna. The issue before the court today is whether the trial court erred in dismissing plaintiffs Don and Don Patrykonts' malpractice action against the defendants Langone as well as Modestus. Now the first issue is whether the court erred in dismissing Modestus. Mr. Modestus was the individual who actually filed the Patrykonts' petition for bankruptcy as well as the schedules in the bankruptcy. Pursuant to the Northern District's rules, the person who files the schedules is the attorney of record. Firms cannot ever file an appearance. Well, let me ask you right there. When you're saying that that is the rule in the federal courts, does that control the attorney-client relationship? Because it seems to me that the federal courts don't tell state courts what constitutes an attorney-client relationship. That attorney-client relationships can be terminated even in violation of a federal district court rule. So why does that make any difference? Well, it does make a difference because even as of today, this morning, Mr. Modestus is actually the attorney of record. For purposes of the federal court. But your clients, do your clients still believe Mr. Modestus was their attorney after they had Mr. Langone come in? Well, Mr. Modestus actually worked at Mr. Langone's firm. Which suggests that Mr. Modestus was assigned the case as opposed to having brought in your clients as his clients. They worked with Mr. Modestus as well. They worked with him, but why didn't they go with him when he left the firm to go elsewhere? It was never, they were never notified. It was never an issue. And in Chapter 7, it very much was not. My point is that maybe they really weren't his clients as much as the firm's clients. And the firm, and the clients would accept a substitute attorney just as well as Mr. Modestus. But the court will not. Right. And then the question is, does the court decide whether or not an attorney-client relationship continues? Yes. Or is it, does the federal court decide that? What the federal court does is it states that you are professionally responsible for any case that you have filed an appearance under. That is the rules in the northern district under local rule. For purposes of a malpractice action in the state court, if the subsequent attorney, part of the problem with this case, I don't know if we have enough factual information with respect to what the subsequent attorneys did. But don't we have a case out there in Illinois that says if the subsequent attorney has an opportunity to correct, the malpractice of the prior attorney and doesn't do it, then maybe that first attorney might be off the hook. There is actually cases out there. That's what I thought. It's the same firm. However, we don't really have enough factual information do we to make that determination now anyway. I don't believe that you do, no. I believe that it was the same firm, it was, the exact same firm was handling it throughout. For purposes of the client, they understand the relationship with the individual attorney that they've been working with and with the firm as a whole. Let's say we don't have enough information. Why don't we have enough information? Wasn't this a 2-6-19? Yeah. And a 2-6-19, doesn't that presume that you're going to, it matters outside the pleadings. And it presumes that there's some discovery. And if there isn't enough discovery, maybe the matter's been weighed. Well, Your Honor, I would believe that it would, I understand 2-6-19 to mean that it would be the move-in's burden to prove that. There has never been any, if there's not enough facts, then it is the move-in's job. And the case should be reversed as of right now because of the fact that they did not provide the adequate information. Okay. But the point is, too, aren't we getting a little ahead of ourselves when we even address who the proper defendants ought to be? Well, we haven't decided whether or not you have a cause of action. I think, without question. First of all, you've got to establish standing. Then it becomes an issue as to whether or not you've got the proper defendants, right? In standing, I don't believe should have ever been an issue. I know, but that's the initial issue you have to get over, isn't it? I mean, what you really have to do, it seems to be, in order to establish your position going forward, is to first find that the affidavit, isn't the affidavit the linchpin in this case? Is this Trustee Geram's affidavit? Yeah. I would say the linchpin. Because she said, she said that the affidavit is conclusive. Okay. But in order to establish abandonment, you have to have that affidavit. Don't you? The problem with that argument, you're putting... Well, I'm not... I'm just asking what your burden of proof is. You have to... Your burden of proof is that it was abandoned. Correct. The cause of action was abandoned. No, it is not. We've actually never claimed that it was abandoned. We claim that the malpractice itself was the fact that it was not abandoned. Okay. That the attorneys in the bankruptcy case should have filed amended schedules. Now, that's a very subtle metaphysical argument, isn't it? I don't know if it's subtle, but... Well, I mean... Well, it is. But the problem is that I think that... For you to have standing, for you to have standing, the trustee cannot have standing. You can't both have standing, or can you? Well, the trustee, Trustee Geram, has absolutely no standing to sue the Langones and the Modestos for any action or inaction that took place inside the bankruptcy. Once the bankruptcy is filed under 541, it's a date in line. It's a date that is set in stone. Okay. Any after acquired property, which would include any cause of action. After that date of filing, it is not abandoned. It is property of the debtors themselves. So, for instance, if you file for bankruptcy today, if someone filed for bankruptcy today, in six months they won the lottery, even three days they won the lottery. Those profits from the lottery are not considered assets of the state. There's a definite timeline. And the inaction on the part of the defendants in this case did not actually materialize until after the case was closed. Okay. Well, then in that case, what was the whole point of getting an affidavit from the trustee indicating that he had abandoned... Your Honor, I didn't actually handle that portion of it. And I think... Oh, no, that's that answer. No, no, I'm trying to give you the theory. I'm trying to say that it is my theory that they were trying... They got an affidavit because the issue was framed. The issue was framed inappropriately. Not inappropriately, but mis-framed. And there was too much emphasis on this Court's prior ruling that the Patricons did not have standing in the previous... In the previous malpractice. Right. And I think that due to the complexities of the Bankruptcy Code and the fact that a lot of people are not practitioners... Right, but a lot of people are due to... Unfamiliarity. That might be a better way to put it. The unfamiliarity of non-practitioners. I think that that is a lot of what caused the problems in this case. I think that when a bankruptcy practitioner looks at this case, they say, oh my gosh, this is an obvious type of issue. In Ray Holstein is a case that Judge Goldgaard came out with in 2005. And it states... And he's in the Northern District, as you may know. He states, any malpractice action that is committed during the proceedings is property of the debtors solely. Okay. All right. Sounds pretty clear. That makes sense. Yeah. And if I may, one of the problems that I'm... Here, here. You know, I have a problem with that statement. Okay. This action that you're talking about, the initial action. In other words, when you go to trial on a legal malpractice case, it's a case within a case. Correct. Do you agree with that? Yes. Okay. So in order to have a case within the case, the first case has to be yours. And since this case was a case that belonged to the bankruptcy estate, it is not the case of the plaintiff. The case within the case. So if the case didn't belong to you to begin with, it doesn't make a difference that there was negligence after that point. And that's where I have a problem. If I can answer that. Two statements. Number one... Wait. Before you get there. In order to abandon property, first thing that the trustee does is he serves a notice to the creditors. The creditors have a hearing, and there's a determination by the creditors whether they want to finance the malpractice case. In my many years of handling hundreds of these, I have never seen a creditor ever want to do that, but they do have the right. You know, there may be a case where they do want to do it. You might have a creditor who is a very good lawyer and sees that the underlying case might have the opportunity for a big payout. Right. But they have the right to at least register their opinion as to whether or not it ought to be abandoned or not? Just answer that part. Do they have the right to weigh in on abandonment by the trustee? Under 541B, they have a right to bring a motion for the trustee to abandon property. Under 541C, no motion is needed for a trustee to abandon property. Under 554C, a no-asset report in the closing of the case is deemed to have abandoned the property. The second those two occurrences happen... So he could abandon it by doing nothing. The trustee, by not saying anything or doing anything, abandonment will be presumed. That's under C. In almost every consumer bankruptcy case, that is exactly what happens. Under 554A, normally what happens is a debtor will bring a motion for the trustee to abandon something back to him. Under 554B, it is generally a party in interest. So it would be like in the case that you just articulated where a creditor says, you know what, I see some value in this. I want to take care of this. But normally in a consumer case, under 554C, most of those cases are considered no-asset reports. The trustee files a no-asset report, he's discharged from his duties, and the case is closed. Yes, but the creditors still have the right to look into the case. And they didn't do that in this case. Well, it wasn't scheduled, so how could they? How could they? I understand that point, but when the Langone defendants, or when the defendants in this case, brought a motion to amend the schedules, they brought in a motion that stated we would like leave to amend the schedules, which generally would mean that you would like to file and amend the schedules. And does that notice go to all the creditors? It should have, but it did not in this case. That should have gone to all creditors in interest if they wanted that to serve as anything but a notice and a motion. What about the argument that if it's unscheduled, then it wasn't? That's correct. It can't be abandoned? That's correct. It cannot be abandoned. All right. So if the notice to amend the schedules did not go to all the creditors as the Act says it should, then the creditors had no knowledge about this malpractice case. So therefore, they had no ability to consider it. So how can it then become the property of the debtor ever? But then, it cannot. But what you're doing then is you're insulating an attorney in bankruptcy from actually doing his job. You're stating to an attorney in bankruptcy, don't worry about ever amending any of your client's schedules because there's no reason to liability for it. No, I understand it gives the wrong message. Right. Don't, you know. I don't. I understand that fairness and logic may be not included in that premise, but the law still is the law, and we have to follow the law. And the question is, really, how do we write it so that we balance both of those interests? If this was a statute of limitations, or a 105B question, this court would say, oh, well, there's no cause of action against the party. So you would have, you fail to serve somebody. You have a cause of action on file, but you lost that cause of action because you failed to serve. Now. Okay. When you have a trial judge trying to determine your standing  and they have clear black letter law under the bankruptcy that property that has been, for whatever negligent reason, never scheduled, remains the property of the debtor is the property of the estate and cannot be abandoned, how can the trial judge in the face of that black letter rule of law invest your plaintiff, your debtor with standing? The proceeding? Because you would look to the actual bankruptcy rules and the local rules to determine the answers to those questions. And I believe that those bankruptcy rules And the answer would lie where? And it would lie in bankruptcy rule 109. Amendments as of right and amendments as of right and asking for leave to file amendments. If that action was not done, you did not reach the standard of care that a bankruptcy practitioner should should engage in for his client. Well, no, we're not talking about his negligence. That's presumed. Well, they don't We're talking about who has the right They lost the right though. See, that's the problem is that Who lost the right? The debtors lost the right to sue this person. Right, okay. Okay, so they have lost a cause of action against this individual. They have lost damages in fact against somebody. Now, because it vests in somebody else that doesn't want it. No, wait a while. When they filed for bankruptcy Right, they failed to be able Yeah, but when they filed for bankruptcy didn't their right to sue automatically transfer to the trustee? Yes, and the trustee said he didn't want it. On multiple occasions. He inquired into it, he called counsel that was handling the case. Oh, it seemed to me like we're going around in circles. Yeah, so what you're really are the trial judges finding you have no standing? That's correct. And that's because of material question, because it's a question of law and standing. Because I believe that there is standing under Enright Holstein there is standing for a debtor to sue. Let's say that standing is upheld. I still believe that that malpractice had not occurred by him. Did you still have a cause of action against Modesto? Yes. And what would the damages be? It would be the same as if Langone and Modesto. Did your clients have any damages if Langone had properly amended the schedule? Did we have it against Wolf in the underlying case? Oh, okay. It's Wolf. Right, right, right. Yes, there was a pending action. Well, no, but you would still be able to go after Wolf because if Langone had properly amended the schedule,    go after Wolf. Right. And that's my point. If Langone can correct the negligence for them, why can't they correct the negligence for everyone? Why isn't the real burden falling on them and not Modesto? Because the federal court has articulated why it should fall on two lawyers as opposed to the last lawyer. And I know you talked about how they're both from the same firm, but the firm should be the ultimate culpable party. But not in federal court. In federal court.      the  court should not be the ultimate culpable party. I don't know why the federal court should not be the ultimate culpable party.  don't  why the federal court   culpable party. I  know why the federal court should not be the ultimate culpable party. I don't know why the federal court should not     party. I don't  why the federal I don't know why   court be the  culpable party. I don't party. I don't know  the ultimate culpable party.  don't know why the